UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRYSTAL VASQUEZ, MARIA de PILAR ESPINOZA VERA, MILENA ELIZABETH AGUILAR SANTANA, JOSE ALEXEI MORALES GARAVIT, KRAIG BROWN, DIORISSA CARELA MEDINA, ARACELIS PERALTA, ADONIS PEREZ, EDGAR O. SANCHEZ GATICA, JOSE GUILLERMO MEDRANO AGUILAR, RONAL MIGUEL ARGUETA MEDRANO, MARIO RENE CHAFOYA, and EUGENIO SERRANO, individually and on behalf of all others similarly situated,<br>　　　　　　　　　　　　Plaintiffs,<br>– against –<br><br>STAFF SUPPORT TEAM, MACK MANAGEMENT GROUP LLC, MACK CAT LABOR, ROBERT MACK, SUPREME RESTORATION, LLC, DBA SERVPRO OF WASHINGTON COUNTY, and JDL INC., DBA SERVPRO OF NEWPORT & BRISTOL COUNTIES,<br><br>　　　　　　　　　　　　Defendants. | **Case No.: 1:22-cv-3468-LDH-CLP** |
| KRYSTAL VASQUEZ, MILENA ELIZABETH AGUILAR SANTANA, KRAIG BROWN, JOSE GUILLERMO, MEDRANO AGUILAR, and MARIO CHAFOYA, individually and on behalf of all others similarly situated,<br>　　　　　　　　　　　　Plaintiffs,<br>– against –<br><br>A+ STAFFING LLC; A+ STUDENT STAFFING LLC, MACK STAFFING SERVICES; ROBERT MACK, SUPREME RESTORATION, LLC, DBA SERVPRO OF WASHINGTON COUNTY, and JDL INC., DBA SERVPRO OF NEWPORT & BRISTOL COUNTIES,<br><br>　　　　　　　　　　　　Defendants. | **Case No.: 1:22-cv-02306-LDH-CLP** |

# NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSELS AS CLASS COUNSEL, APPOINTMENT OF A SETTLEMENT CLAIMS ADMINISTRATOR, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that upon the supporting Declaration of Brendan Sweeney ("Sweeney Decl."), including the exhibits thereto, and the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Certification of the Settlement Class and Collective, Appointment of Plaintiffs' Counsel as Class Counsel, Appointment of a Settlement Claims Administrator, and Approval of the Proposed Notice of Settlement, Plaintiffs Krystal Vasquez, Maria de Pilar Espinoza Vera, Milena Elizabeth Aguilar Santana, Jose Alexei Morales Garavit, Kraig Brown, Jose Guillermo Medrano Aguilar, Mario Rene Chafoya, Diorissa Carela Medina, Aracelis Peralta, Adonis Perez, Edgar O. Sanchez Gatica, Ronal Miguel Argueta Medrano, and Eugenio Serrano (the "Named Plaintiffs") and the Opt-in Plaintiffs (together with the Named Plaintiffs, the "Plaintiffs") will respectfully move this Court at the Courthouse located at 225 Cadman Plaza, East Brooklyn, New York 11201, on a return date that shall be set by the Court, for an Order:

(a) granting preliminary approval of the Settlement Agreement, attached as Attachment 1 to the Sweeney Decl.;

(b) conditionally certifying the settlement subclasses under Rule 23 and the settlement collective under the FLSA for purposes of effectuating the settlement;

(c) appointing the Law Office of Christopher Q. Davis, PLLC as Class Counsel;

(d) appointing RG/2 Claims Administration Inc., as the Claims Administrator;

(e) approving the proposed Notice, attached as Attachment 2 to the Sweeney Decl. and directing its distribution;

(f) setting a date for the final fairness hearing to be held; and

(g) granting such other, further, or different relief as the Court deems just and proper.

Dated: New York, New York
    February 15, 2024

                        Respectfully submitted,

By:    /s/Brendan Sweeney
       **The Law Office of Christopher Q. Davis, PLLC**
       Brendan Sweeney, Esq.
       80 Broad Street, Suite 703
       New York, New York 10004
       Telephone: (646) 430-7930
       Fax: 646-349-2504
       ***Attorneys for Plaintiffs and the Proposed***
       ***Settlement Class and Collective***