# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
29th Floor
New York, NY 10017
(212) 545-4000 General
(212) 972-3213 Fax
jacksonlewis.com

September 27, 2024

<u>*VIA ECF*</u>

Honorable Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm 1230
Brooklyn, New York 11201

              Re:    <u>Case No. 1:22-cv-02306-(LDH)(CLP)</u>
                   <u>Case No. 1:22-cv-03468-(LDH)(CLP)</u>

Dear Judge Pollak:

      Our office represents Defendants A+ Staffing LLC ("A+ Staffing"), A+ Student Staffing LLC ("A+ Student Staffing"), and Staff Support Team ("SST") (together, the "A+ Defendants") in the above-captioned matters. We write jointly with Plaintiffs and Co-Defendants (together, the "Parties"), pursuant to your Honor's Order filed on August 27, 2024 to provide a status report that the Parties intend to revisit settlement. (DKT. 100).

      The Parties are working diligently to amend the settlement papers in light of the Court's Order. Counsel for the Parties will submit a renewed motion for preliminary approval by October 25, 2024.

Respectfully submitted,

JACKSON LEWIS P.C.

<u>*s/ John J. Porta*</u>

John J. Porta
Joseph Anci
Melanie Ross
Annabel R. Stanley

cc:    All parties (via ECF)

4870-3526-8329, v. 1